JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                  DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)              NATURE OF SUIT

                              TORTS                                               ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**   **PERSONAL INJURY/**       **FORFEITURE/PENALTY**      **BANKRUPTCY**            **OTHER STATUTES**
                                              [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE     [ ] 310 AIRPLANE       PHARMACEUTICAL PERSONAL   [ ] 625 DRUG RELATED        [ ] 422 APPEAL            [ ] 375 FALSE CLAIMS
[ ] 120  MARINE        [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY            28 USC 158        [ ] 376 QUI TAM
[ ] 130  MILLER ACT          LIABILITY        [ ] 365 PERSONAL INJURY         21 USC 881            [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140  NEGOTIABLE    [ ] 320 ASSAULT, LIBEL &     PRODUCT LIABILITY   [ ] 690 OTHER                      28 USC 157                REAPPORTIONMENT
         INSTRUMENT          SLANDER          [ ] 368 ASBESTOS PERSONAL                                                       [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF   [ ] 330 FEDERAL              INJURY PRODUCT                                                            [ ] 430 BANKS & BANKING
         OVERPAYMENT &       EMPLOYERS'             LIABILITY           **PROPERTY RIGHTS**                                   [ ] 450 COMMERCE
         ENFORCEMENT         LIABILITY                                                                                        [ ] 460 DEPORTATION
         OF JUDGMENT   [ ] 340 MARINE         **PERSONAL PROPERTY**     [ ] 820 COPYRIGHTS                                    [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT  [ ] 345 MARINE PRODUCT                           [ ] 830 PATENT                                                ENCED & CORRUPT
[ ] 152  RECOVERY OF         LIABILITY        [ ] 370 OTHER FRAUD       [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION               ORGANIZATION ACT
         DEFAULTED     [ ] 350 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                                                (RICO)
         STUDENT LOANS [ ] 355 MOTOR VEHICLE                            [ ] 840 TRADEMARK                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)     PRODUCT LIABILITY                                                      **SOCIAL SECURITY**       [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF   [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL    **LABOR**                   [ ] 861 HIA (1395ff)
         OVERPAYMENT         INJURY                 PROPERTY DAMAGE                                 [ ] 862 BLACK LUNG (923)  [ ] 850 SECURITIES/
         OF VETERAN'S  [ ] 362 PERSONAL INJURY- [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR          [ ] 863 DIWC/DIWW (405(g))        COMMODITIES/
         BENEFITS            MED MALPRACTICE        PRODUCT LIABILITY           STANDARDS ACT       [ ] 864 SSID TITLE XVI            EXCHANGE
[ ] 160  STOCKHOLDERS                                                   [ ] 720 LABOR/MGMT          [ ] 865 RSI (405(g))
         SUITS                                                                  RELATIONS
[ ] 190  OTHER                                **PRISONER PETITIONS**    [ ] 740 RAILWAY LABOR ACT                             [ ] 890 OTHER STATUTORY
         CONTRACT                             [ ] 463 ALIEN DETAINEE    [ ] 751 FAMILY MEDICAL      **FEDERAL TAX SUITS**             ACTIONS
[ ] 195  CONTRACT                             [ ] 510 MOTIONS TO            LEAVE ACT (FMLA)                                  [ ] 891 AGRICULTURAL ACTS
         PRODUCT       **ACTIONS UNDER STATUTES**   VACATE SENTENCE                                 [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY                                  28 USC 2255         [ ] 790 OTHER LABOR                 Defendant)        [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE     **CIVIL RIGHTS**       [ ] 530 HABEAS CORPUS             LITIGATION          [ ] 871 IRS-THIRD PARTY           MATTERS
                                              [ ] 535 DEATH PENALTY     [ ] 791 EMPL RET INC                26 USC 7609       [ ] 895 FREEDOM OF
                       [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER      SECURITY ACT (ERISA)                                   INFORMATION ACT
**REAL PROPERTY**              (Non-Prisoner)                                                                                 [ ] 896 ARBITRATION
                       [ ] 441 VOTING                                                                                         [ ] 899 ADMINISTRATIVE
[ ] 210  LAND          [ ] 442 EMPLOYMENT                               **IMMIGRATION**                                               PROCEDURE ACT/REVIEW OR
         CONDEMNATION  [ ] 443 HOUSING/        **PRISONER CIVIL RIGHTS**                                                              APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE           ACCOMMODATIONS                           [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &  [ ] 445 AMERICANS WITH [ ] 550 CIVIL RIGHTS              APPLICATION                                   [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT             DISABILITIES - [ ] 555 PRISON CONDITION  [ ] 465 OTHER IMMIGRATION                                     STATE STATUTES
[ ] 240  TORTS TO LAND         EMPLOYMENT     [ ] 560 CIVIL DETAINEE            ACTIONS
[ ] 245  TORT PRODUCT  [ ] 446 AMERICANS WITH       CONDITIONS OF CONFINEMENT
         LIABILITY             DISABILITIES -OTHER
[ ] 290  ALL OTHER     [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
  UNDER F.R.C.P. 23                  AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                     IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE_____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT # _____   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)