UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF YONKERS, A.P.O.W. TOWING, LLC AND HAROLD WUESTENHOEFER, <br><br> Defendants. | **CIVIL ACTION NO:** <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, Santander Consumer USA, Inc., certifies that Santander Consumer USA, Inc. is a Delaware corporation and wholly owned subsidiary of Santander Consumer USA Holdings Inc., which is a which is wholly owned by Santander Holdings USA, Inc., which is wholly owned by Banco Santander, S.A., a publicly held corporation headquartered in Santander, Spain:

Dated: New York, New York
        June 15, 2020

**Norris McLaughlin, P.A.**

By:  */s/ Nicholas Duston*
       Nicholas A. Duston
       7 Times Square, 21st Floor
       New York, NY 10036
       212-808-0700
       naduston@norris-law.com
       *Counsel for Plaintiff*