

**NORRIS McLAUGHLIN | P.A.**
ATTORNEYS AT LAW

**MEMO ENDORSED**

Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

908-252-4208
naduston@norris-law.com

April 26, 2021

<u>Via Electronic Filing</u>

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: Santander Consumer USA, Inc. v. The City of Yonkers et al
Dkt. No. 20-cv-04553 (KMK)(PED)

Dear Judge Karas:

On behalf of plaintiff Santander Consumer USA, Inc. ("Santander"), and with the consent of the other parties and putative intervenor, we write to request an adjournment of the May 4, 2021 conference. Discovery has not yet been completed, and no new discovery schedule has been set while the parties await the outcome of the pending motion to intervene. We therefore request a new conference be set beyond whatever new discovery end date is scheduled after the intervention has been resolved.

**Respectfully Submitted,**

**Norris McLaughlin, P.A.**

By: /s/ Nicholas Duston
Nicholas Duston

cc: All Counsel of Record (via ECF)

*Granted. The Court will hold a teleconference on June 17, 2021 at 2:30 PM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/27/2021



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM