UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SANTANDER CONSUMER USA, INC.

             Plaintiff,

   And

KATE A. MENSAH,

            Plaintiff-Intervenor,

   -against-

THE CITY OF YONKERS, A.P.O.W. TOWING, LLC,
AND HAROLD WUESTENHOEFER,

            Defendants.
-------------------------------------------------------------------------X

**DEFENDANT CITY
OF YONKERS, N.Y.
SUPPLEMENTAL
RULE 68 OFFER**

20  Civ. 04553 (KMK)

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil

Procedure, the Defendant THE CITY OF YONKERS ("Defendant City") offers to allow Judgment

to be taken against said Defendant City in the amount of $3,000  in full satisfaction of  any and all

claims against said City Defendant herein for damages incurred by the Plaintiff Santander

Consumer USA, Inc ("Plaintiff Santander"), said $3,000 offer being exclusive of all costs,

disbursements and Attorney's fees incurred by or on behalf of the Plaintiff Santander and any such

claim that said Plaintiff Santander could assert for costs, disbursements and Attorney's fees will

be paid for by the Defendant City as determined by this Court. The Defendant City also

additionally and separately offers Judgment to Plaintiff Santander against this Defendant City to

further revise the  Defendant City's Code at Chapter 109-132 and any other related provisions and

practices to provide for prompt notice of towing or removal as well as an opportunity to be heard

before a person or party independent of the Defendant City to any registered owner, title owner,

lessor or lien holder of any motor vehicle being towed or removed for non-payment of parking tickets or other violations of law or Code or otherwise amend the aforesaid City Code to reflect all current legal requirements (which provisions have already been implemented by the Defendant City in its actual practices).   If this offer is not accepted within 14 days of service, it shall be deemed withdrawn.  If any Judgment finally obtained by Plaintiff Santander is not more favorable than this Offer, said  Plaintiff Santander must pay any and all costs, expenses, disbursements, and fees, including Attorney's fees, incurred by said Defendant City in the defense of this matter after making of this Rule 68 Offer.

**PLEASE TAKE FURTHER NOTICE** that this Rule 68 Offer of Judgment is made for the purposes of Rule 68 only, and it is not to be construed as an admission of liability on the part of the City Defendant herein.

DATED:      August 3, 2021
            White Plains, New York


                              Yours, etc.

                              BLANCHARD & WILSON
                              Attorneys for the Defendant
                              The City of Yonkers, New York

                              By: _____
                                  Dennis E. A. Lynch, Of Counsel
                                  235 Main Street, Suite 330
                                  White Plains, New York 10601
                                  845-729-5744