UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTANDER CONSUMER USA, INC.,

                    Plaintiff,

-and-

KATE MENSAH,

                    Plaintiff-Intervenor,

-against-

THE CITY OF YONKERS, APOW TOWING, INC., and HAROLD WUESTENHOEFER,

                    Defendants.

Case No. 7:20-cv-04553(KMK)(PED)

**JUDGEMENT IN A CIVIL ACTION**

The Court has ordered on August 17, 2021, that the plaintiff, Santander Consumer USA, Inc. ("Plaintiff"), recover from the defendant, City of Yonkers ("Defendant"), on an offer of judgment pursuant to Fed. R. Civ. P. 68, the amount of three thousand dollars ($3,000.00), see Dkt. No. 79; and the Court has ordered on September 12, 2022, that the Plaintiff, recover from the Defendant, on an order granting attorneys' fees in the amount of ninety-six thousand and seventy-seven dollars and fifty-four cents ($96,077.54), see Dkt. No. 144; and the award including no prejudgment interest, post judgment interest, or other costs, judgment is hereby entered pursuant to Fed. R. Civ. P. 58(b)(1)(B) in the total amount of **$99,077.54**.

Dated:  October 26, 2022

                                                  HONORABLE KENNETH M. KARAS