# PAUL W. MEYER, JR.

Attorney at Law
Admitted in New York and Florida

April 5, 2023

MEMO ENDORSED

Honorable Judge Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Santander v. City of Yonkers, et al.
Docket No.: 7:20-cv-04553 (KMK)

Dear Judge Karas:

Please be advised that I am the attorney for the A.P.O.W. Defendants in the subject matter, and am in receipt this date of the correspondence from Harris Beach PLLC, dated April 4, 2023, and filed under Document No. 168 in the action.

The request is made that the Court hold off on the consideration of the request set forth in aforesaid correspondence. Notwithstanding the contents of said correspondence, this office is unaware of any CAMP mediation in the matter, did not participate in any such mediation, and was not contacted relative to the contents of said correspondence. Until such time that I am afforded the appropriate input into the matter, the request is made that the Court ignore the aforesaid correspondence.

Very truly yours,

Paul W. Meyer, Jr.

PWM/cd

cc: Andrew J. Campanelli, Esq. (via ECF)
Harris Beach PLLC (via ECF)

The other Parties are to respond to this letter by 4/10/23.

So Ordered.
4/5/23

35 East Grassy Sprain Road
Suite 500
Yonkers, New York 10710

Tel. (914) 961-3000
Fax. (914) 961-4993
Email paul@meyerjrlaw.com

(Fax and Email Not For Service Purposes)