UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANTANDER CONSUMER USA, INC.,

                 Plaintiff,

   v.

THE CITY OF YONKERS, *et al.*,

                 Defendants.

No. 20-CV-4553 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

     The Court will hold oral argument on Plaintiff-Intervenor's Motion for Summary Judgment and for Attorneys' Fees (the "Motion") (Dkt. No. 160) on Tuesday, October 4, 2023 at 2:00 p.m.  All Parties to the Motion must appear.

     At the time of argument, the Parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 7702195, followed by the pound (#) key.

Dated:  September 7, 2023
        White Plains, New York

 

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE