UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Santander Consumer USA, Inc.,

                              Plaintiff,                    20-CV-04553 (KMK)

        -against-                                  CALENDAR NOTICE

The City of Yonkers,

                              Defendant.
------------------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for oral argument on Plaintiff-Intervenor's Motion for Summary Judgment on Damages and for Attorneys' Fees before the Honorable Kenneth M. Karas, United States District Judge, on Monday, July 15, 2024 at 2:00 p.m. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195.

Dated: June 24, 2024
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.