UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC.,<br><br>Plaintiff,<br><br>and<br><br>KATE A. MENSAH,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE CITY OF YONKERS, A.P.O.W. TOWING, LLC AND HAROLD WUESTENHOEFER,<br><br>Defendants. | Case No. 20-CV-4553(KMK)<br><br><br>JUDGMENT |

Karas, J.

This action having been commenced with the filing of the Plaintiff's Complaint dated June 15, 2020, and the granting of a Motion for Intervention filed on May 17, 2021, by Kate A. Mensah, the Plaintiff-Intervenor; judgment is hereby entered against Defendants pursuant to Fed. R. Civ. P. 68 as follows:

Judgment is entered in favor of Plaintiff-Intervenor with the awarding of $88,849.00 in attorneys' fees, plus $433.16 in costs, for a combined amount of $89,282.16.

The Clerk of the Court is directed to enter judgment:

(a) In the amount of $19,946.35 jointly and severally against Defendants, APOW Towing LLC and Harold Wuestenhoefer; and

(b) In the amount of $89,282.16 jointly and severally against all Defendants.

This Court shall retain jurisdiction of this action to ensure compliance with this Order and for all other purposes related to this Action.

There being no just reason for delay, the Clerk of the Court is hereby instructed to enter this Judgment against Defendants forthwith and without further notice.

SO ORDERED, this __23rd__ day of September 2024.

_____
Kenneth M. Karas, U.S.D.J.